# EXHIBIT 1

Filed
**D.C. Superior Court
12/18/2018 17:29PM
Clerk of the Court**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISON

| | |
|---|---|
| TOSIN ADETORO,<br>8425 Meadow Green Way<br>Gaithersburg, Maryland 20877 | : <br> : <br> : <br> : |
| BARABARA BALDUMAN,<br>2045 Mt Hebron Dr.<br>Ellicott City, Maryland 21042 | : <br> : <br> : <br> : |
| NATASHA GAUJEAN-LAMAR,<br>13117 Ladybank Lane<br>Herndon, Virginia 20171 | : <br> : <br> : <br> : |
| ALEXIS GREER,<br>7984 Paddock Ct.<br>Severn, Maryland 21144 | : <br> : <br> : |
| KETHURAH HOWELL,<br>12814 Peace Drive<br>Fort Washington, Maryland 20744 | :    Civil Action No.<br> : <br> : <br> : |
| SEPIDEH JAVAHERI,<br>24741 Stone Station Terrace<br>Aldie, Virginia 20105 | : <br> : <br> : <br> : |
| MICHAEL SCHRAMM,<br>5548 Bosworth Pl.<br>Cincinnati, Ohio 45212 | : <br> : <br> : <br> : |
| DIANE WILKINS,<br>13117 Ladybank Lane<br>Herndon, Virginia 20171 | : <br> : <br> :    (Jury Trial Requested) |
|              Plaintiffs, | : <br> : |
| v. | : |
| KING ABDULLAH ACADEMY,<br>2949 Education Drive<br>Herndon, VA 20171 | : <br> : <br> : <br> : |
| THE EMBASSY OF THE KINGDOM<br>OF SAUDI ARABIA<br>601 New Hampshire Ave NW,<br>Washington, DC 20037 | : <br> : <br> : <br> : |
|              Defendants. | : |

1

## COMPLAINT

COMES NOW PLAINTIFF(S), Tosin Adetoro, Barbara Balduman, Natasha Gaujean-LaMar, Alexis Greer, Kethurah Howell, Sepideh Javaheri, Michael Schramm, and Diane Wilkins, ("Plaintiffs"), by and through undersigned counsel, and for their Complaint against King Abdullah Academy and ("KAA") and the Embassy of the Kingdom of Saudi Arabia ("the Embassy"), alleges as follows:

1.      Plaintiffs bring this action against Defendants for damages arising out of violations of D.C. Human Rights Act ("DCHRA"), codified at D.C. Code §32-1001, *et seq*., because Defendants discriminated against them on the basis of their race, religion, and national origin in the terms of their employment.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over the claims in this action pursuant to D.C. Code §32-1001, *et seq*. because the subject matter of Plaintiffs' claims is premised on the DCHRA.

3.      The Court has personal jurisdiction over Defendants because Defendants operate out of Washington, D.C. and conduct business throughout the same jurisdiction.

4.      Venue is proper in this Court pursuant to D.C. Code §32-1001, *et seq*. and D.C. Code §2-1402.01, *et seq*. as a Defendant resides within this judicial district and the other is controlled by the residing Defendant.

5.      This Complaint is timely. The Plaintiffs were terminated from their employment the end of the 2017 school year. They then timely filed charges with the D.C. Office of Human Rights ("DCOHR") claiming discrimination on the bases of race, national origin, and religion against both Defendants. Those charges were dismissed from DCOHR via letters dated between September 10, 2018 and September 12, 2018 for lack of jurisdiction. In these letters, DCOHR indicated that the Complainants could either file a request to reopen the charges at DCOHR or file on the merits of the case with D.C. Superior Court.

Complainants timely appealed this lack of jurisdiction on September 25, 2018. DCOHR denied Complainants request to reopen on December 18, 2018. This denial included that the complainant may now file a private action on the merits as DCOHR had administratively dismissed the matter.

## PARTIES

6.      At all times relevant hereto, Plaintiffs were employed by KAA and jointly employed by the Embassy of the Kingdom of Saudi Arabia.

7.      Defendant King Abdullah Academy "KAA" is a Saudi Arabian funded international school with the state mission of enabling "students to excel academically while maintaining the values of Islam and proficiency with the Arabic language."

8.      Defendant the Embassy of the Kingdom of Saudi Arabia "Embassy" is the Kingdom of Saudi Arabia's main and largest diplomatic mission in the United States.

## STATEMENT OF FACTS

9.      At all times relevant hereto, Plaintiffs were employed by KAA during the 2016-2017 Academic Year.

10.      During the course of employment with KAA, its operations were substantially controlled by the Embassy as described herein.

11.      KAA and the Embassy terminated the plaintiffs' employment at the end of 2016-2017 Academic Year.

12.      The termination of the plaintiffs' employment, by KAA and the Embassy was discriminatory for the reasons set forth below.

13.      KAA subjected its employees to harassment and disparate treatment on the basis of their national origin and religion prior to abruptly terminating much of its workforce on these grounds.

**KAA and the Embassy Harassed and Discriminated Against Non-Muslim and Non-Middle Eastern Muslin Employees**

14.     KAA, under the direction and control of the Embassy, began to harass and discriminate against non-Muslim and non-Middle Eastern Muslim employees shortly after opening its doors in Fall of 2016.

15.     Even before classes began, KAA had been given preference in hiring to Middle Eastern Muslim candidates who were less qualified than applicants who were not Middle Eastern Muslims.

16.     KAA's opening coincided with the closure of a nearby institution, the Islamic Saudi Academy ("ISA").

17.     Although KAA received many qualified applicants for its advertised openings, applicants from ISA were given preference in hiring.

18.     ISA's staff was disproportionately compromised of Muslims of Middle Eastern origin.

19.     Because of their race, ethnicity, and religion, these applicants were given discriminatory hiring preferences despite possessing inadequate experience for the job.

20.     In some cases, ISA employees were hired because of their national origin and religion despite having no clear job responsibilities at all, or possessing poor performance reviews from their time at ISA.

21.     Despite its discriminatory hiring practices, KAA's staff, at least initially, included some individuals who were not Muslims of Middle Eastern descent.

22.     It quickly became apparent, however, that those employees who were not Muslims of Middle Eastern descent were subject to discrimination and harassment by staff and students.

23.     African-American employees were told that "they" (KAA's Board of Directors) would never put an African-American "in-charge".

24.     A Muslim Middle Eastern individual in the admissions department frequently undercut her superiors and advised parents to take complaints to the Saudi Embassy. This individual also shared confidential information with parents in the community. Despite being counseled about this conduct by her direct supervisor on several occasions, KAA refused to terminate her employment. KAA terminated her supervisor instead.

25.     An African-American teacher was referred to by a Muslim student of Saudi Arabian descent by a racial slur. The student was not disciplined.

26.     Another Middle Eastern Muslim individual abandoned her position for several months without proper authorization and without informing her supervisor if she planned to return. Her supervisor was not permitted to terminate her for this conduct even while non-Muslims and/or Muslims of non-Middle Eastern descent were subjected to discipline for lesser attendance related infractions.

27.     Although KAA was aware of this problem, no effective steps were taken to remedy it.

28.     This hostile, harassing, and discriminatory work environment was reinforced by the fact that Muslim students of Saudi Arabian descent were permitted to engage in behavior which was not tolerated from other students.

29.     Other forms of discrimination by KAA included holding non-Middle Eastern Muslim staff members to higher performance standards than their Middle Eastern Muslim peers.

30.     Teaching staff who were Middle Eastern Muslims were allowed to come to work without proper lesson plans, mistreat students, and fail to create a positive learning environment. Similarly, teachers were counseled about the need to maintain strong relationships with Saudi Arabian Muslim students, but not other students.

31.     Staff was ordered to not discipline these students and give them preferential grading no matter how the student was actually performing.

32.     Similarly, teachers who were not Muslims of Middle Eastern descent were discriminated against and harassed by Middle Eastern Muslim staff and students. This harassment included personal and professional threats, including threats of violence.

33.     When non-Middle Eastern Muslim staff attempted to discipline Saudi Arabian Muslim students – but not other students – for such misconduct, their efforts were criticized by Embassy officials.

34.     Muslim individuals of Middle Eastern descent also received discriminatory, preferential, treatment in job assignments and promotions.

## KAA as Directed by the Embassy Selected Employees for Termination Based on their Race, Ethnicity, and Religion

35.     After the conclusion of its first academic year, KAA, directed by the Embassy, terminated a number of employees, purportedly in response to financial issues which had arisen.

36.     The employees selected for termination were disproportionately non-Middle Eastern Muslims and non-Muslim employees.

37.     Indeed, although there was an attempt by KAA staff to make use of neutral criteria to select staff for termination, we are also aware of evidence that KAA's Board of Directors, and the Saudi Embassy, interfered with this process with the intention of preserving the jobs of Muslim employees of Middle Eastern descent at the expense of other individuals.

38.     This interference resulted both in the selection for termination of individuals who had been recommended for retention, and in the retention of individuals who had been recommended for termination.

39.     In all, or nearly all, cases these changes resulted in more favorable treatment for Muslim employees of Middle Eastern descent, and less favorable treatment for non-Muslim employees, and Muslim employees of non-Middle Eastern descent.

40.     The decisions affected more than the teaching staff.

41.     In the Admissions department, two of the three employees were terminated.

42.     The two terminated were non-Muslim of non-Middle Eastern descent.

43.     Neither had received any discipline during their time with KAA, and both came to their positions with significant prior qualifications.

44.     The sole individual selected for retention was a Muslim employee of Middle Eastern descent.

45.     The Board of Directors and Embassy disregarded objective standards of performance and rigged the termination process based on the race, religion, ethnicity of the employees.

46.     Non-Muslim and Non-Middle Eastern individuals were disproportionately terminated as a result of the Board and Embassy's interference.

## COUNT I
## Discrimination in Violation of the D.C. Human Rights Act
## (All Defendants)

47.     Plaintiff's incorporate by reference each and every preceding paragraph, as though set forth in full herein.

48.     Plaintiffs are members of protected classes based on race, religion and national-origin.

49.     Plaintiffs suffered adverse employment actions, in that their employment was terminated on or about May 2017, when their employment contracts were not renewed.

50.     Plaintiffs religion and/or national origin were a substantial factor in the Embassy and KAA's decisions to terminate them from their employment with KAA.

51.     The decision by the Embassy and KAA to terminate the Plaintiffs employment was not attributable to a legitimate reason.

52.     Defendants' actions and omissions as set forth herein constituted willful misconduct, were in bad faith, were wanton, were outrageous, were done without just cause or excuse, were done, with malice and/or with conscious and/or reckless disregard of Plaintiff's protected rights under the D.C. Human Rights Act.

53.     As a direct, proximate and foreseeable result of Defendants' unlawful conduct, Plaintiffs have suffered, and will continue to suffer, a loss of wages and salary, bonuses, compensation, employment benefits, career path opportunities and expenses in an amount to be proven at trial.

54.     As a direct, proximate and foreseeable result of the Defendants' unlawful conduct, Plaintiffs have suffered, and will continue to suffer, general physical, mental and psychological damages in the form of mental suffering, pain, anguish and emotional distress, in amounts to be determined and to be proven at trial.

55.     As a result of Defendants' conduct as alleged herein, Plaintiffs are entitled to reasonable attorney's fees and costs of suit as provided for by applicable law.

## COUNT II
## Hostile Work Environment in Violation of the D.C. Human Rights Act
## (All Defendants)

56.     Plaintiffs incorporate by reference each and every preceding paragraph, as though set forth in full herein.

57.     KAA and the Embassy's conduct, as alleged herein, was based on Plaintiffs' race, religion, and/or national origin.

58.     The conduct at issue was sufficiently pervasive or severe to alter the conditions of the Plaintiffs employment and create an abusive working environment, and did, in fact, alter the conditions of their employment and created an abusive working environment, culminating in their termination.

58.     The conduct at issue was sufficiently pervasive or severe to alter the conditions of the Plaintiffs employment and create an abusive working environment, and did, in fact, alter the conditions of their employment and created an abusive working environment, culminating in their termination.

59.     All actions committed by employees of KAA and the Embassy were committed within the scope of their actual or apparent authority.

60.     Employees of KAA and the Embassy had actual or constructive knowledge of the hostile working environment and took no effective action to correct this situation.

### JURY DEMAND

Plaintiffs demand a trial by jury for those issues which are triable by a jury.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, pray for the following relief:

a.     Entry of judgment in favor of Plaintiffs and against Defendants on all counts;

b.     Lost wages;

c.     Compensatory damages;

d.     Reasonable attorneys' fees and court costs associated with this suit;

e.     Award prejudgment interest, costs and disbursement as appropriate herein; and

Respectfully submitted,

/s/ _____

The Spiggle Law Firm, PC
4830 A 31st Street, South
Arlington, Virginia 22206
202-499-8527 (telephone)
202-540-8018 (facsimile)
Joanne Dekker (DC Bar# 370569)
*Counsel for Plaintiff*



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Tosin Adetoro, et al.
_____
Plaintiff

vs.                                                        Case Number _____

King Abdullah Academy; The Embassy of the Kingdom of Saudi Arabia
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Joanne Dekker
_____                      _Clerk of the Court_
Name of Plaintiff's Attorney

4830 31st St. S, Ste. A
_____      By _____
Address                                                        Deputy Clerk
Arlington, VA 22206
_____

(202) 400-2479
_____      Date _____
Telephone
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오        የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                                              Demandante
          contra
                                                        Número de Caso: _____
_____
                                              Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          _SECRETARIO DEL TRIBUNAL_
Nombre del abogado del Demandante

_____          Por: _____
Dirección                                                              Subsecretario

_____

                                                        Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

__Tosin Adetoro, et al.__          Case Number: _____

vs          Date: __12/18/2018_____

__King Abdullah Academy; Saudi Arabian Embassy__ ☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)*<br>__Joanne Dekker__ | Relationship to Lawsuit |
| Firm Name:<br>__The Spiggle Law Firm__ | ☒ Attorney for Plaintiff |
| Telephone No.:          Six digit Unified Bar No.:<br>__(202) 400-2479__          __370569__ | ☐ Self (Pro Se)<br><br>☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury   ☐ 6 Person Jury   ☒ 12 Person Jury
Demand: $ __1,000,000+ and attorneys' fees__   Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____ Judge: _____ Calendar #:_____

Case No.:_____ Judge: _____ Calendar#:_____

---

NATURE OF SUIT:     *(Check One Box Only)*

**A. CONTRACTS**                    **COLLECTION CASES**

| | | |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 14 Under $25,000 Pltf. Grants Consent | ☐ 16 Under $25,000 Consent Denied |
| ☐ 02 Breach of Warranty | ☐ 17 OVER $25,000 Pltf. Grants Consent | ☐ 18 OVER $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 27 Insurance/Subrogation | ☐ 26 Insurance/Subrogation |
| ☐ 07 Personal Property | Over $25,000 Pltf. Grants Consent | Over $25,000 Consent Denied |
| ☒ 13 Employment Discrimination | ☐ 07 Insurance/Subrogation | ☐ 34 Insurance/Subrogation |
| ☐ 15 Special Education Fees | Under $25,000 Pltf. Grants Consent | Under $25,000 Consent Denied |
| | ☐ 28 Motion to Confirm Arbitration | |
| | Award (Collection Cases Only) | |

---

**B. PROPERTY TORTS**

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

---

**C. PERSONAL TORTS**

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 10 Invasion of Privacy | ☐ 17 Personal Injury- (Not Automobile, Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 11 Libel and Slander | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 12 Malicious Interference | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile- Personal Injury | ☐ 13 Malicious Prosecution | ☐ 20 Friendly Suit |
| ☐ 05 Deceit (Misrepresentation) | ☐ 14 Malpractice Legal | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 16 Negligence- (Not Automobile, Not Malpractice) | ☐ 23 Tobacco |
| ☐ 08 Fraud | | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE          IF USED

CV-496/June 2015

# Information Sheet, Continued

## C. OTHERS

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability

- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

## II.

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

## D.  REAL PROPERTY

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

_____
Date

Filed
D.C. Superior Court
02/14/2019 10:03AM
Clerk of the Court

### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| TOSIN ADETORO, et al, | : |
| | : |
| *Plaintiffs,* | : |
| | : |
| | : |
| | :   Civil Action No: 2018 CA 008704 |
| v. | : |
| | : |
| | : |
| KING ABDULLAH ACADEMY, | : |
| | : |
| and                          : | |
| | : |
| THE EMBASSY OF THE KINGDOM | : |
| OF SAUDI ARABIA | : |
| | : |
| *Defendants.* | : |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO SERVE PROCESS ON DEFENDANTS

COMES NOW Plaintiffs, by and through the undersigned counsel, and respectfully request additional time to serve Defendants in this matter.  In support thereof, Plaintiffs state as follows:

1.      This is Plaintiffs' first request for an extension.

2.      Plaintiff filed the Complaint in this case on December 18, 2018.

3.      Under Local Rule 4(m), Plaintiff has 60 days to serve process on Defendant, making the service deadline

4.      February 19, 2019.

5.      One of the Defendants is the Embassy of the Kingdom of Saudi Arabia. Given the difficulties navigating service of process on an entity that is an extension of a sovereign nation, Plaintiffs' have spent significant time and resources dedicated to ensuring compliance with the proper procedures required to correctly serve process.

1

6.      Service of process on the Embassy of the Kingdom of Saudi Arabia will require the use of a translator.  Plaintiffs have been diligently searching for a translator with the specific knowledge and professional qualifications required to provide acceptable translation services.

7.      For the sake of judicial efficiency and simplicity, Plaintiffs are requesting an extension of time to serve process on both Defendants, so that both Defendants receive service simultaneously or close to the same period of time.

8.      Plaintiffs have informed the current counsel for Defendants about the existence of this lawsuit; therefore Defendants are on notice about this action.

9.      There has been no agreement for the current counsel for Defendants to accept service on behalf of Defendants.

10.     This motion is timely, and not brought for purposes of delay.

WHEREFORE, in light of the foregoing stated facts, Plaintiffs requests the Court extend by ninety (30) days, until March 19, 2019, the deadline to serve process on Defendants.

Respectfully submitted,

/s/ *Joanne Dekker*

The Spiggle Law Firm, PC
4830 A 31st Street, South
Arlington, Virginia 22206
202-499-8527 (telephone)
202-540-8018 (facsimile)
Joanne Dekker (DC Bar# 370569)
*Counsel for Plaintiff*

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISON**

TOSIN ADETORO,                                  :
8425 Meadow Green Way                           :
Gaithersburg, Maryland 20877                    :
                                                :
BARABARA BALDUMAN,                              :
2045 Mt Hebron Dr.                              :
Ellicott City, Maryland 21042                   :
                                                :
NATASHA GAUJEAN-LAMAR,                           :
13117 Ladybank Lane                             :
Herndon, Virginia 20171                         :
                                                :
ALEXIS GREER,                                   :
7984 Paddock Ct.                                :
Severn, Maryland 21144                          :
                                                :   Civil Action No. 2018 CA 008704
KETHURAH HOWELL,                                :
12814 Peace Drive                               :
Fort Washington, Maryland 20744                 :
                                                :
SEPIDEH JAVAHERI,                               :
24741 Stone Station Terrace                     :
Aldie, Virginia 20105                           :
                                                :
MICHAEL SCHRAMM,                                :
5548 Bosworth Pl.                               :
Cincinnati, Ohio 45212                          :
                                                :
DIANE WILKINS,                                  :
13117 Ladybank Lane                             :
Herndon, Virginia 20171                         :       Michael L. Rankin
                              Plaintiffs,       :
                                                :
v.                                              :
KING ABDULLAH ACADEMY,                          :
2949 Education Drive                            :
Herndon, VA 20171                               :
                                                :
THE EMBASSY OF THE KINGDOM                      :
OF SAUDI ARABIA                                 :
601 New Hampshire Ave NW,                       :
Washington, DC 20037                            :
Defendants.              :

## **PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion for Extension of Time to Serve Process on Defendants, and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff's deadline to serve process on Defendant is extended by 30 days to **March 20, 2019**.

It is SO ORDERED.

ENTERED this _____ day of _____, 2019.

_____
Judge, Michael L.Rankin

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISON**

TOSIN ADETORO,                                    :
8425 Meadow Green Way                             :
Gaithersburg, Maryland 20877                      :
                                                  :
BARABARA BALDUMAN,                                :
2045 Mt Hebron Dr.                                :
Ellicott City, Maryland 21042                     :
                                                  :
NATASHA GAUJEAN-LAMAR,                             :
13117 Ladybank Lane                               :
Herndon, Virginia 20171                           :
                                                  :
ALEXIS GREER,                                     :
7984 Paddock Ct.                                  :
Severn, Maryland 21144                            :
                                                  :   Civil Action No. 2018 CA 008704
KETHURAH HOWELL,                                  :
12814 Peace Drive                                 :
Fort Washington, Maryland 20744                   :
                                                  :
SEPIDEH JAVAHERI,                                 :
24741 Stone Station Terrace                       :
Aldie, Virginia 20105                             :
                                                  :
MICHAEL SCHRAMM,                                  :
5548 Bosworth Pl.                                 :
Cincinnati, Ohio 45212                            :
                                                  :
DIANE WILKINS,                                    :
13117 Ladybank Lane                               :
Herndon, Virginia 20171                           :        Michael L. Rankin
                          Plaintiffs,             :
                                                  :
v.                                                :
KING ABDULLAH ACADEMY,                            :
2949 Education Drive                              :
Herndon, VA 20171                                 :
                                                  :
THE EMBASSY OF THE KINGDOM                        :
OF SAUDI ARABIA                                   :
601 New Hampshire Ave NW,                         :
Washington, DC 20037                              :
Defendants.              :

## **PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion for Extension of Time to Serve Process on Defendants, and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff's deadline to serve process on Defendant is extended by 30 days to **March 20, 2019**.

It is SO ORDERED.

ENTERED this _____ day of _____, 2019.


_____
Judge, Michael L.Rankin

Filed
D.C. Superior Court
02/26/2019 12:21PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| **BARBARA BALDUMAN, ET AL.,** | **Case No.: 2018 CA 8704 B** |
| *Plaintiffs,* | |
| v. | |
| **KING ABDULLAH ACADEMY, ET AL.,** | |
| *Defendants.* | **Judge Michael L. Rankin** |

### <u>ORDER</u>

This matter comes before the court upon consideration of plaintiffs' motion for extension of time to serve process on defendants, filed on February 14, 2019.  In their motion, plaintiffs request additional time to effectuate service of process on defendants.  *See generally* Pl. Mot. Plaintiffs represent that one of the defendants, the Embassy of the Kingdom of Saudi Arabia, is an extension of a sovereign nation, and therefore plaintiffs require additional time to ensure compliance with service rules and obtain an interpreter.  *Id.* at 1.  Based on good cause shown, plaintiffs' motion is granted.  *See* D.C. Super. Ct. Civ. R. 4(m)(2) ("Prior to the expiration of any of the foregoing time periods, the plaintiff may make a motion to extend the time for service. The motion must set forth in detail the efforts that have been made, and will be made in the future, to obtain service.  Except for cases governed by the provisions of Rule 40-III, the court, if the plaintiff shows good cause, must extend the time for an appropriate period.").

Accordingly, it is this 26th day of February, 2019 hereby:

**ORDERED**, that plaintiffs' motion for extension of time to serve process on defendants is **GRANTED**; and it is further

**ORDERED**, that the initial scheduling conference set for March 22, 2019 is vacated and rescheduled to May 31, 2019 at 10:00 a.m. in Courtroom 517; and it is further

**ORDERED**, that plaintiffs file affidavits establishing proof of service as to defendants on or before April 29, 2019, or by that date, file a motion seeking additional time to file the affidavits of service; and it is further

**ORDERED**, that plaintiffs serve defendants with copies of the complaint, summons, Initial Order, the instant motion to extend time for service, and notice of the new court date in accordance with Rule 4(m)(3).

**SO ORDERED**.

Associate Judge Michael L. Rankin

**Copies to**:
Counsel of Record
*Via CaseFileXpress*

King Abdullah Academy
2949 Education Drive
Herndon, VA 20171

The Embassy of the Kingdom of Saudi Arabia
601 New Hampshire Avenue NW
Washington, DC 200376

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**February 27, 2019**

CASE NAME:     BARBARA BALDUMAN et al Vs. KING ABDULLAH ACADEMY et al

CASE NO.     2018 CA 008704 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.   The attorneys and any party not represented by an attorney must appear before Judge MICHAEL L RANKIN.

**HEARING DATE: Friday, May 31, 2019**
**TIME: 10:00 am**
**LOCATION:  500 Indiana Avenue N.W.**
         **Courtroom 517**
         **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
 Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

THE EMBASSY OF THE KINGDOM OF SAUDI ARABIA
601 New Hampshire Ave NW

WASHINGTON, DC 20037

2018 CA 008704 B

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**February 27, 2019**

CASE NAME:     BARBARA BALDUMAN et al Vs. KING ABDULLAH ACADEMY et al

CASE NO.     2018 CA 008704 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.   The attorneys and any party not represented by an attorney must appear before Judge MICHAEL L RANKIN.

> **HEARING DATE: Friday, May 31, 2019**
> **TIME: 10:00 am**
> **LOCATION:  500 Indiana Avenue N.W.**
> **          Courtroom 517**
> **          WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
Washington D.C. 20001

<table>
<tr><td>First Class Mail<br>U. S. Postage<br>Paid<br>Washington, D.C.<br>Permit No. 1726</td></tr>
</table>

KING ABDULLAH ACADEMY
2949 Education Drive

HERNDON, VA 20171

2018 CA 008704 B

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**February 27, 2019**

CASE NAME:     BARBARA BALDUMAN et al Vs. KING ABDULLAH ACADEMY et al

CASE NO.     2018 CA 008704 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.   The attorneys and any party not represented by an attorney must appear before Judge MICHAEL L RANKIN.

**HEARING DATE: Friday, May 31, 2019**
**TIME: 10:00 am**
**LOCATION:  500 Indiana Avenue N.W.**
              **Courtroom 517**
              **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Mrs JOANNE DEKKER DONOHUE
THE SPIGGLE LAW FIRM
4830 31ST Street South, Suite A

ARLINGTON, VA 22206

2018 CA 008704 B

Filed
D.C. Superior Court
03/07/2019 15:49PM
Clerk of the Court

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| TOSIN ADETORO, et al, | : |
| | : |
| *Plaintiffs,* | : |
| | : |
| | : |
| | : |
| | : Civil Action No: 2018 CA 008704 |
| v. | : |
| | : |
| | : |
| KING ABDULLAH ACADEMY, | : |
| | : |
| and           : | : |
| | : |
| THE EMBASSY OF THE KINGDOM | : |
| OF SAUDI ARABIA | : |
| | : |
| *Defendants.* | : |
| | : |

**ENTRY OF APPEARANCE**

Winthrop Hubbard, of The Spiggle Law Firm, hereby enters a notice appearance as co-counsel on behalf of the plaintiffs in this matter.

Respectfully submitted,

/s/ *Winthrop Hubbard*
_____
The Spiggle Law Firm, PC
4830 A 31st Street, South
Arlington, Virginia 22206
202-499-8527 (telephone)
202-540-8018 (facsimile)
Winthrop Hubbard (DC Bar# 241945)
*Co-Counsel for Plaintiff*

1



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

D.C. Superior Court
04/18/2019 17:00PM
Clerk of the Court

Tosin Adetero, Et. Al.,
_____
Plaintiff

vs.

Case Number    2018 CA 008704 B

King Abdullah Academy and The Embassy of the Kingdom of Saudi Arabia
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Joanne Dekker
_____
Name of Plaintiff's Attorney

The Spiggle Law Firm
_____
Address
4830 31st Street, South Suite A Arlington, Virginia 22206

(202) 449-8527
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오.        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                    Super. Ct. Civ. R. 4

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA - CIVIL DIVISION

Tosin Adetoro, et al.

Plaintiff(s)

vs.                                    Civil Action No.: 2018 CA 008704 B

King Abdullah Academy, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Kenneth V. Condrey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Initial Order and Addendum in English and Arabic, Information Sheet in English and Arabic, Summons in English and Arabic, Notice of Suit in English and Arabic, Complaint in English and Arabic with Attachment in English and Arabic in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 04/26/2019 at 1:00 PM, I served King Abdullah Academy c/o Business Filings Incorporated, Registered Agent with the Initial Order and Addendum in English and Arabic, Information Sheet in English and Arabic, Summons in English and Arabic, Notice of Suit in English and Arabic, Complaint in English and Arabic with Attachment in English and Arabic at 4701 Cox Road, Suite 285, Glen Allen, Virginia 23060 by serving Katie Bush, Designated Agent, authorized to accept service.

Katie Bush is described herein as:

Gender: Female   Race/Skin: White   Age: 35   Weight: 160   Height: 5'6"   Hair: Blonde   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Sworn to before me on 4-29-19

_____
Notary Public
My Commission Expires:

KAREN L. RICE
NOTARY PUBLIC
REG. #385099
MY COMMISSION
EXPIRES
10/31/2021
COMMONWEALTH OF VIRGINIA

_____
Kenneth V. Condrey

Client Ref Number:N/A
Job #: 1561093

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

## Service Authorization
## Business Filings, Inc.

Business Filings, Inc. ("Bizfilings") is registered agent for service of process for numerous corporations and similar entities. Bizfilings receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of Business Filings, Inc. and in receiving the process, do so only on Bizfilings' behalf and in Bizfilings' capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*__As such, neither Business Filings, Inc., nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on NRAI's clients.__*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Katie Bush                Teresa Brown                Jessica Fitzgerald

This authorization does not certify the receipt or acceptance of any specific process

Teresa Brown
Team Leader
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Teresa Brown, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 30th day of April, 2018.

Notary Public



29 April 2019

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 2154402585.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 2154402585 was delivered on 28 April 2019 at 14.21**

| | | | |
|---|---|---|---|
| **Signed** | IBRAHIM | **Destination Service Area** | RIYADH<br>SAUDI ARABIA |
| **Signature** | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600006734576974 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD<br>REAGAN NATIONAL<br>UNITED STATES OF AMERICA |
| **Picked Up** | 24 April 2019 at 15.23 | | |

**Filed**
**D.C. Superior Court**
**04/29/2019 18:06PM**
**Clerk of the Court**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISON**

| | |
|---|---|
| **TOSIN ADETERO, ET. AL.,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| **v.** ) | **Civil Action No. 2018 CA 008704 B** |
| ) | |
| **KING ABDULLAH ACADEMY and** ) | |
| **THE EMBASSY OF THE KINGDOM** ) | |
| **OF SAUDI ARABIA,** ) | |
| ) | |
| *Defendants.* ) | |
| _____ ) | |

## PROOF OF SERVICE OF SUMMONS, COMPLAINT AND NOTICE OF SUIT ON DEFENDANT EMBASSY OF THE KINGDOM OF SAUDI ARABIA

I HEREBY CERTIFY that on April 28, 2019, pursuant to Super. Ct. Civ. R. 4 (f) (2) (c) (ii), and 28 U.S.C. § 1608, Defendant and the Kingdom of Saudi Arabia were served by taking the following steps:

First, it was determined that there was no special arrangement for service between the plaintiff and "[The Embassy of the Kingdom of Saudi Arabia]," which would require service pursuant to 28 U.S.C. § 1608 (a) (1). Second, it was determined that there is no applicable international convention on service of judicial documents for the Kingdom of Saudi Arabia, which would require service pursuant to 28 U.S.C. § 1608 (a) (2). Undersigned counsel then determined that, as "service cannot be made under paragraphs (1) or (2) [of 28 U.S.C. § 1608(a)]," service under the procedures set forth in 28 U.S.C. § 1608(a)(3) was required.

Having made this determination, pursuant to 28 U.S.C. §1608(a)(3), the Summons, Complaint and Notice of Suit (to include the Foreign Sovereign Immunities Act, (Pub. L. 94- 583; 90 Stat. 2891)) in this matter were translated into Arabic by a certified English-Arabic translator. The undersigned counsel, pursuant to 28 U.S.C. § 1608(a)(3), mailed copies of the Summons, Complaint, Notice of Suit (to include the Foreign Sovereign Immunities Act, (Pub. L. 94-583; 90

Stat. 2891)), and translated copies of each, via DHL Express to the Head of the Foreign Ministry for the Kingdom of Saudi Arabia at the following address:

> The Head of the Foreign Ministry
> for the Kingdom of Saudi Arabia
> 55937 Riyadh
> Riyadh
> Saudi Arabia

The DHL International Waybill is attached hereto.

On April 28, 2019, DHL delivered this package of documents to the Head of the Foreign Ministry for the Kingdom of Saudi Arabia, and the package was signed for upon delivery. The signed receipt is attached hereto. No additional steps are required in order to effect service pursuant to 28 U.S.C. § 1608(a)(3). See 28 U.S.C. § 1608(c).

Respectfully Submitted,

JOANNE DEKKER
The Spiggle Law Firm, PC

/s/
_____

4830 31st Street, South
Arlington, Virginia 22206
(202) 499-8527 (telephone)
(202) 540- 8018 (facsimile)
Joanne Dekker (DC Bar # 370569)
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28TH day of April 2019, I served a true and correct copy of the foregoing Proof of Service of Summons, Complaint and Notice of Suit via CM/ECF on all counsel of record.

/s/
_____

Joanne Dekker, Esq.



29 April 2019

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 2154402585.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 2154402585 was delivered on 28 April 2019 at 14.21**

| | | | |
|---|---|---|---|
| **Signed** | IBRAHIM | **Destination Service Area** | RIYADH<br>SAUDI ARABIA |
| **Signature** | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600006734576974 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL |
| **Picked Up** | 24 April 2019 at 15.23 | | UNITED STATES OF AMERICA |

Filed
D.C. Superior Court
05/16/2019 16:57PM
Clerk of the Court

IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |  |
|---|---|---|
| TOSIN ADETORO, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2018 CA 008704 B |
| | ) | |
| v. | ) | Hon. Michael L. Rankin |
| | ) | |
| KING ABDULLAH ACADEMY, ET AL., | ) | Next Event: Scheduling Conference |
| | ) | May 31, 2019 |
| Defendants. | ) | |

## PRAECIPE TO ENTER APPEARANCE

The Clerk of the Court will please note the appearance of Stephen C. Leckar on behalf of Defendant King Abdullah Academy.

Dated: May 16, 2019

Respectfully submitted,

KALBIAN HAGERTY LLP


/s/ Stephen C. Leckar
Stephen C. Leckar (D.C. Bar # 281691)
888 17th Street, N.W., Suite 1000
The Brawner Building
Washington, D.C. 20006
sleckar@kalbianhagerty.com
Phone: (202) 223-5600
Facsimile: (202) 223-6625
*Counsel for Defendant King Abdullah Academy*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May 2019, I have electronically filed the foregoing

with CaseFileXpress, which will then send a notification of such filing to the following:

>Joanne Dekker, Esq.
>Winthrop W. Hubbard, Esq.
>The Spiggle Law Firm, PC
>4830 A 31st Street, South
>Arlington, Virginia 22206
>*Counsel for Plaintiffs*


>/s/ Stephen C. Leckar
>Stephen C. Leckar

Filed
D.C. Superior Court
05/16/2019 16:59PM
Clerk of the Court

**IN THE SUPERIOR COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|  |  |
|---|---|
| TOSIN ADETORO, ET AL., | ) |
|  | ) |
|  | ) |
| Plaintiffs, | ) Case No. 2018 CA 008704 B |
|  | ) |
| v. | ) Hon. Michael L. Rankin |
|  | ) |
| KING ABDULLAH ACADEMY, ET AL., | ) Next Event: Scheduling Conference |
|  | ) May 31, 2019 |
| Defendants. | ) |
|  | ) |

## PRAECIPE TO ENTER APPEARANCE

The Clerk of the Court will please note the appearance of Evan M. Lisull on behalf of

Defendant King Abdullah Academy.


Dated: May 16, 2019                    Respectfully submitted,


                                        KALBIAN HAGERTY LLP


                                        /s/ Evan M. Lisull
                                        Evan M. Lisull (D.C. Bar # 1023596)
                                        888 17th Street, N.W., Suite 1000
                                        The Brawner Building
                                        Washington, D.C. 20006
                                        elisull@kalbianhagerty.com
                                        Phone: (202) 223-5600
                                        Facsimile: (202) 223-6625
                                        *Counsel for Defendant King Abdullah Academy*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May 2019, I have electronically filed the foregoing

with CaseFileXpress, which will then send a notification of such filing to the following:

> Joanne Dekker, Esq.
> Winthrop W. Hubbard, Esq.
> The Spiggle Law Firm, PC
> 4830 A 31[st] Street, South
> Arlington, Virginia 22206
> *Counsel for Plaintiffs*

> /s/ Evan M. Lisull
> Evan M. Lisull

Filed
D.C. Superior Court
05/16/2019 16:54PM
Clerk of the Court

## IN THE SUPERIOR COURT
## FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

|  |  |
|---|---|
| TOSIN ADETORO, ET AL., | ) |
|  | ) |
|  | ) |
| Plaintiffs, | ) Case No. 2018 CA 008704 B |
|  | ) |
| v. | ) Hon. Michael L. Rankin |
|  | ) |
| KING ABDULLAH ACADEMY, ET AL., | ) Next Event: Scheduling Conference |
|  | ) May 31, 2019 |
| Defendants. | ) |
|  | ) |

## <u>PRAECIPE TO ENTER APPEARANCE</u>

The Clerk of the Court will please note the appearance of Haig V. Kalbian on behalf of

Defendant King Abdullah Academy.


Dated: May 16, 2019                          Respectfully submitted,

                                             KALBIAN HAGERTY LLP


                                             /s/ Haig V. Kalbian
                                             Haig V. Kalbian (D.C. Bar # 400976)
                                             888 17th Street, N.W., Suite 1000
                                             The Brawner Building
                                             Washington, D.C. 20006
                                             hkalbian@kalbianhagerty.com
                                             Phone: (202) 223-5600
                                             Facsimile: (202) 223-6625
                                             *Counsel for Defendant King Abdullah Academy*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May 2019, I have electronically filed the foregoing

with CaseFileXpress, which will then send a notification of such filing to the following:

Joanne Dekker, Esq.
Winthrop W. Hubbard, Esq.
The Spiggle Law Firm, PC
4830 A 31st Street, South
Arlington, Virginia 22206
*Counsel for Plaintiffs*


/s/ Haig V. Kalbian
Haig V. Kalbian

Filed
D.C. Superior Court
05/20/2019 13:18PM
Clerk of the Court

### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| **BARBARA BALDUMAN, ET AL.**, | **Case No.: 2018 CA 8704 B** |
| *Plaintiffs*, | |
| v. | |
| **KING ABDULLAH ACADEMY, ET AL.**, | |
| *Defendants*. | **Judge Michael L. Rankin** |

## ORDER

This matter comes before the court upon consideration of the parties' joint motion to extend time to answer or otherwise plead to plaintiffs' complaint, filed on May 16, 2019.  In their motion, the parties represent that plaintiffs intend to file an amended complaint alleging a claim under Title VII of the Civil Rights Act, but are waiting for right-to-sue letters from the Equal Employment Opportunity Commission.  *See* Joint Mem. at 2.  The parties further represent that defendant King Abdullah Academy observes Ramadan and Eid, both of which will impede its ability to timely obtain information from May to June.  *Id.* at 1-2.  Thus, the parties request that defendant King Abdullah Academy have until June 11, 2019, or alternatively, 21 days after the filing of an amended complaint, to respond to plaintiffs' complaint.  Joint Mot. at 1.  Based on the consent of the parties, and for good cause shown, the parties' joint motion is granted.

Accordingly, it is this 20th day of May, 2019 hereby:

**ORDERED**, that the parties' joint motion to extend time to answer or otherwise plead to plaintiffs' complaint is **GRANTED**; and it is further

**ORDERED**, that defendant King Abdullah Academy file a responsive pleading to plaintiffs' complaint on or before June 11, 2019, or if an amended complaint is filed, within 21 days of the filing of that amended complaint.

**SO ORDERED**.

_____
Associate Judge Michael L. Rankin

**Copies to**:
Counsel of Record
*Via CaseFileXpress*

The Embassy of the Kingdom of Saudi Arabia
601 New Hampshire Avenue NW
Washington, DC 200376

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**June 3, 2019**

CASE NAME:     BARBARA BALDUMAN et al Vs. KING ABDULLAH ACADEMY et al

CASE NO.     2018 CA 008704 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.   The attorneys and any party not represented by an attorney must appear before Judge MICHAEL L RANKIN.

**HEARING DATE: Friday, August 02, 2019**
**TIME: 10:00 am**
**LOCATION:  500 Indiana Avenue N.W.**
            **Courtroom 517**
            **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
 Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

EVAN MICHAEL LISULL
KALBIAN  HAGERTY, LLP
888 17th Street NW,  Suite 1000

WASHINGTON, DC 20006

2018 CA 008704 B

CANOH-1
6/3/2019

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**June 3, 2019**

CASE NAME:     BARBARA BALDUMAN et al Vs. KING ABDULLAH ACADEMY et al

CASE NO.     2018 CA 008704 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.   The attorneys and any party not represented by an attorney must appear before Judge MICHAEL L RANKIN.

**HEARING DATE: Friday, August 02, 2019**
**TIME: 10:00 am**
**LOCATION:  500 Indiana Avenue N.W.**
           **Courtroom 517**
           **WASHINGTON, DC  20001**

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.**

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Mrs JOANNE DEKKER DONOHUE
THE SPIGGLE LAW FIRM
4830 31ST Street South, Suite A

ARLINGTON, VA 22206

CANOB-1
6/3/2019

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**June 3, 2019**

CASE NAME:      BARBARA BALDUMAN et al Vs. KING ABDULLAH ACADEMY et al

CASE NO.      2018 CA 008704 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.   The attorneys and any party not represented by an attorney must appear before Judge MICHAEL L RANKIN.

**HEARING DATE: Friday, August 02, 2019**
**TIME: 10:00 am**
**LOCATION:  500 Indiana Avenue N.W.**
        **Courtroom 517**
        **WASHINGTON, DC  20001**

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR**.

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
 Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

WINTHROP W HUBBARD
The Spiggle Law Firm
4830 31st Street South
Suite A
ARLINGTON, VA 22206

2018 CA 008704 B

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**June 3, 2019**

CASE NAME:     BARBARA BALDUMAN et al Vs. KING ABDULLAH ACADEMY et al

CASE NO.     2018 CA 008704 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.   The attorneys and any party not represented by an attorney must appear before Judge MICHAEL L RANKIN.

**HEARING DATE: Friday, August 02, 2019**
**TIME: 10:00 am**
**LOCATION:  500 Indiana Avenue N.W.**
           **Courtroom 517**
           **WASHINGTON, DC  20001**

**PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR**.

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
 Washington D.C. 20001

> First Class Mail
> U. S. Postage
> Paid
> Washington, D.C.
> Permit No. 1726

THE EMBASSY OF THE KINGDOM OF SAUDI ARABIA
601 New Hampshire Ave NW

WASHINGTON, DC 20037

### THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**June 3, 2019**

CASE NAME:     BARBARA BALDUMAN et al Vs. KING ABDULLAH ACADEMY et al

CASE NO.     2018 CA 008704 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.   The attorneys and any party not represented by an attorney must appear before Judge MICHAEL L RANKIN.

**HEARING DATE: Friday, August 02, 2019**
**TIME: 10:00 am**
**LOCATION:  500 Indiana Avenue N.W.**
**Courtroom 517**
**WASHINGTON, DC  20001**

### PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Mr STEPHEN C LECKAR
KALBIAN HAGERTY LLP
888 17th Street, N.W. Tenth Floor

WASHINGTON, DC 20006

2018 CA 008704 B

CANOH-1
6/3/2019

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**June 3, 2019**

CASE NAME:   BARBARA BALDUMAN et al Vs. KING ABDULLAH ACADEMY et al

CASE NO.    2018 CA 008704 B

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.   The attorneys and any party not represented by an attorney must appear before Judge MICHAEL L RANKIN.

**HEARING DATE: Friday, August 02, 2019**
**TIME: 10:00 am**
**LOCATION:  500 Indiana Avenue N.W.**
             **Courtroom 517**
             **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room 5000-Q
 Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Mr HAIG V KALBIAN
888 17th Street, NW
Suite 1000

WASHINGTON, DC 20006

2018 CA 008704 B

CANOH-1
6/3/2019

CANOH-1
6/3/2019

## IN THE SUPERIOR COURT
## FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

|  |  |
|---|---|
| TOSIN ADETORO, ET AL., | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) Case No. 2018 CA 008704 B |
|  | ) |
| v. | ) Hon. Michael L. Rankin |
|  | ) |
| KING ABDULLAH ACADEMY, ET AL., | ) Next Event: Scheduling Conference |
|  | ) May 31, 2019 |
| Defendants. | ) |
|  | ) |

## JOINT MOTION TO EXTEND TIME TO
## ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT

Pursuant to Rule 6(b)(1)(A), S.C.R., Plaintiffs Tosin Adetoro, Barbara Balduman, Natasha Gaujean-LaMar, Alexis Greer, Kethurah Howell, Sepideh Javaheri, Michael Schramm, and Diane Wilkins (collectively, "Plaintiffs") and Defendant King Abdullah Academy ("Defendant" or "KAA"), by counsel, jointly move that this Court extend the time in which to answer or otherwise plead in response to Plaintiffs' Complaint until July 26, 2019 (or 21 days after an amended complaint is filed). Good cause exists for this request, which is in the interests of justice and is not interposed for purposes of delay. A memorandum of points and authorities in support of this Motion, as well as a proposed order, is attached.

Date: June 10, 2019

Respectfully submitted,

THE SPIGGLE LAW FIRM, PC


/s/ Joanne Dekker
Joanne Dekker (D.C. Bar # 370569)
4830 A 31st Street, South
Arlington, Virginia 22206
*Counsel for Plaintiffs*

1

KALBIAN HAGERTY LLP

/s/ Haig V. Kalbian
Haig V. Kalbian (D.C. Bar # 400976)
Stephen Leckar (D.C. Bar # 281691)
Evan M. Lisull (D.C. Bar # 1023596)
888 17th Street, N.W., Suite 1000
The Brawner Building
Washington, D.C. 20006
hkalbian@kalbianhagerty.com
Phone: (202) 223-5600
Facsimile: (202) 223-6625
*Counsel for Defendant King Abdullah Academy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June 2019, I have electronically filed this Joint

Motion to Extend with CaseFileXpress, which will then send a notification of such filing to the

following:

Joanne Dekker, Esq.
Winthrop W. Hubbard, Esq.
The Spiggle Law Firm, PC
4830 A 31st Street, South
Arlington, Virginia 22206
*Counsel for Plaintiffs*

/s/ Haig V. Kalbian
Haig V. Kalbian

**IN THE SUPERIOR COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|  |  |
|---|---|
| TOSIN ADETORO, ET AL., | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) Case No. 2018 CA 008704 B |
|  | ) |
| v. | ) Hon. Michael L. Rankin |
|  | ) |
| KING ABDULLAH ACADEMY, ET AL., | ) Next Event: Scheduling Conference |
|  | ) August 2, 2019 |
| Defendants. | ) |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO EXTEND TIME TO**
**ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

In support of their Joint Motion to Extend Time to Answer or Otherwise Plead to

Plaintiffs' Complaint (the "Motion"), Plaintiffs Tosin Adetoro, Barbara Balduman, Natasha

Gaujean-LaMar, Alexis Greer, Kethurah Howell, Sepideh Javaheri, Michael Schramm, and

Diane Wilkins (collectively, "Plaintiffs") and Defendant King Abdullah Academy ("Defendant"

or "KAA"), pursuant to Rules 6 and 12-I, S.C.R., state as follows:

On May 20, 2019, the Court granted the parties' joint request to extend the time for KAA

to answer or otherwise respond to the Plaintiffs' Complaint. Since that time, there have been

several developments.

First, this Court held a status conference on May 31st.  That conference was continued until

August 2, 2019.

Second, counsel for Plaintiffs is still awaiting right-to-sue letters from the United States

Equal Employment Opportunity Commission ("EEOC"), at which point Plaintiffs intend to amend

the complaint to add causes of action under federal law.

1

Third, counsel for Plaintiffs has reason to believe that the Embassy, while evaluating the propriety of service, ultimately intends to remove this matter to federal court pursuant to the Foreign Sovereign Immunities Act ("FSIA") upon its appearance in the case.

Fourth, and lastly, lead counsel for KAA will be out of the country for the remainder of the month of June on pressing matters of business.

Good cause exists for extension of the deadline by which KAA must answer or otherwise plead to the Complaint. As described above, it is very likely that this matter will ultimately be removed to federal court by the Embassy and/or KAA, pursuant to the general federal question removal statute, 28 U.S.C. § 1441(a). Thus, rather than being interposed for delay, this request is made to prevent piecemeal litigation of different claims and different parties. It will ensure that the substantive disputes between the two sides of this litigation are resolved in an efficient manner that does not put undue and unnecessary burdens upon this Court. The parties will not be prejudiced by this request, as the parties' preliminary issues will need to be resolved before proceeding to the merits of Plaintiffs' claims against the Defendants.

Taken together, that the parties suggest that it is most efficient to continue substantive briefing until the filing of the Amended Complaint. Accordingly, Plaintiffs and Defendant King Abdullah Academy respectfully request that their Motion be granted.

Date: June 10, 2019                    Respectfully submitted,

                                       THE SPIGGLE LAW FIRM, PC


                                       /s/ Joanne Dekker
                                       Joanne Dekker (D.C. Bar # 370569)
                                       4830 A 31st Street, South
                                       Arlington, Virginia 22206
                                       *Counsel for Plaintiffs*


                                       KALBIAN HAGERTY LLP


                                       /s/ Haig V. Kalbian
                                       Haig V. Kalbian (D.C. Bar # 400976)
                                       Stephen Leckar (D.C. Bar # 281691)
                                       Evan M. Lisull (D.C. Bar # 1023596)
                                       888 17th Street, N.W., Suite 1000
                                       The Brawner Building
                                       Washington, D.C. 20006
                                       hkalbian@kalbianhagerty.com
                                       Phone: (202) 223-5600
                                       Facsimile: (202) 223-6625
                                       *Counsel for Defendant King Abdullah Academy*


## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June 2019, I have electronically filed this

Memorandum in Support of Joint Motion to Extend with CaseFileXpress, which will then send a

notification of such filing to the following:

                    Joanne Dekker, Esq.
                    Winthrop W. Hubbard, Esq.
                    The Spiggle Law Firm, PC
                    4830 A 31st Street, South
                    Arlington, Virginia 22206
                    *Counsel for Plaintiffs*


                                       /s/ Haig V. Kalbian
                                       Haig V. Kalbian

3

**IN THE SUPERIOR COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| TOSIN ADETORO, ET AL., | ) |
| | ) |
| | ) |
| Plaintiff, | ) Case No. 2018 CA 008704 B |
| | ) |
| v. | ) Hon. Michael L. Rankin |
| | ) |
| KING ABDULLAH ACADEMY, ET AL., | ) Next Event: Scheduling Conference |
| | ) May 31, 2019 |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER**

Upon consideration of Joint Motion to Extend Time in Which to Answer or Otherwise Plead (the "Motion"), notice having been given and the Court advised in the premises, for good cause and in the interest of judicial efficiency, it is hereby

ORDERED that the Motion be GRANTED; and it is

FURTHER ORDERED that the time for Defendant King Abdullah Academy to answer or otherwise plead in response to the Complaint in this matter shall be extended to (a) July 26, 2019 or (b) twenty-one (21) days after the Plaintiffs file an Amended Complaint, whichever is earlier.

SO ORDERED

Date: _____          _____ _____
                                The Hon. Michael L. Rankin

Filed
D.C. Superior Court
06/13/2019 16:12PM
Clerk of the Court

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| BARBARA BALDUMAN, ET AL., | Civil Case No.: 2018 CA 008704 B |
| Plaintiffs, | Civil Calendar 2 |
| | Judge Michael L. Rankin |
| v. | |
| KING ABDULLAH ACADEMY, ET AL., | |
| Defendants. | |

## <u>ORDER</u>

Upon consideration of the Joint Motion to Extend Time in Which to Answer or Otherwise Plead, it is this <u>13th</u> day of <u>June</u>, 2019; hereby

**ORDERED**, that the motion is **GRANTED**; and it is further

**ORDERED**, that the time for Defendant King Abdullah Academy to answer or otherwise plead in response to the Complaint in this matter shall be extended to <u>July 26, 2019</u>.

**SO ORDERED**.

_____
**Michael L. Rankin, Associate Judge**

<u>Copies to</u>:
Counsel of Record
*Via CaseFileXpress*