IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOSIN ADETERO, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>KING ABDULLAH ACADEMY, et al.,<br><br>    Defendants. | Case No.:    1:19-cv-01918 |

**PLAINTIFFS'** *SECOND AMENDED* **AFFIDAVIT REQUESTING FOREIGN MAILING**

    COMES NOW Plaintiffs Tosin Adetoro, Barbara Balduman, Natasha Gaujean-Lamar, Alexis Greer, Kethurah Howell, Sepideh Javaheri, Michael Schramm, and Diane Wilkins ("Plaintiffs"), by and through counsel of record, and hereby submits this Affidavit Requesting Foreign Mailing to Defendant THE EMBASSY OF THE KINGDOM OF SAUDI ARABIA'S ("Defendant") pursuant to 28 U.S.C. 1608, and in support thereof, Plaintiffs state as follows:

    1.    It was determined that there was no special arrangement for service between the plaintiff and "[The Embassy of the Kingdom of Saudi Arabia]," which would require service pursuant to 28 U.S.C. § 1608(a)(1).

    2.    It was further determined that there is no applicable international convention on service of judicial documents for the Kingdom of Saudi Arabia, which would require service pursuant to 28 U.S.C. § 1608(a)(2).

    3.    Undersigned counsel then determined that, as "service cannot be made under paragraphs (1) or (2) [of 28 U.S.C. § 1608(a)]," service under the procedures set forth in 28 U.S.C. § 1608(a)(3) was required.

    4.    Having made this determination, and following motions and Orders regarding this matter,

pursuant to 28 U.S.C. §1608(a)(3), Plaintiffs previously attempted service on Defendant on January 26, 2020.

5.  On March 26, 2020, following meet and confer efforts by and between the parties' respective counsel, Plaintiffs received a copy of the packet received by Defendant which failed to contain a translated copy of the Foreign Sovereign Immunities Act, (Pub. L. 94- 583; 90 Stat. 2891) and Notice of Suit.

6.  Plaintiffs' counsel is unsure as to how the omission of the documents occurred because the Foreign Sovereign Immunities Act, the Notice of Suit, along with the Summons, Second Amended Complaint, Notice of Right to Consent to Trial Before a United States Magistrate Judge and Notice, Consent and Reference of a Civil Action to a Magistrate Judge, along with translations of each into Arabic were all delivered, via courier, to the Clerk of the Court of the United States District Court for the District of Columbia.

7.  Accordingly, Plaintiffs respectfully request the Clerk of the Court of the United States District Court for the District of Columbia serve Defendant via DHL Express with the: (1) Summons; (2) Second Amended Complaint; (3) Notice of Suit; (4) Notice of Right to Consent and Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; and (5) the Foreign Sovereign Immunities Act, (Pub. L. 94- 583; 90 Stat. 2891), each with cover pages and attached hereto as **Exhibit A**; as well as the copies of each document in Exhibit A, translated into Arabic by a certified English-Arabic translator, and attached hereto as **Exhibit B**, to the Head of the Foreign Ministry for the Kingdom of Saudi Arabia at the following address:

> The Head of the Foreign Ministry
> for the Kingdom of Saudi Arabia
> 55937 Riyadh
> Riyadh
> Saudi Arabia

8. The DHL International Waybill is attached hereto as **Exhibit C** for the Court's convenience.

Respectfully submitted,

/s/ Phillis h. Rambsy
Phillis h. Rambsy
The Spiggle Law Firm, PC
4830 A 31st Street, South
Arlington, Virginia 22206
202-499-8527 (telephone)
202-540-8018 (facsimile)
*Counsel for Plaintiffs*