# EXHIBIT 31

# Entity Information

## Entity Information

| | |
|---|---|
| Entity Name: | King Abdullah Academy, Inc. |
| Entity ID: | 08063919 |
| Entity Type: | Stock Corporation |
| Entity Status: | **Active** |
| Formation Date: | 06/16/2016 |
| Reason for Status: | Active and In Good Standing |
| VA Qualification Date: | 06/16/2016 |
| Status Date: | 01/30/2018 |
| Industry Code: | 0 - General |
| Period of Duration: | Perpetual |
| Jurisdiction: | VA |
| Annual Report Due Date: | N/A |
| Registration Fee Due Date: | Not Required |
| Charter Fee: | $50.00 |

## Registered Agent Information

| | |
|---|---|
| RA Type: | Entity |
| Locality: | HENRICO COUNTY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | Business Filings Incorporated |
| Registered Office Address: | 4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA |

## Principal Office Address

| | |
|---|---|
| Address: | 2949 EDUCATION DRIVE, HERNDON, VA, 20171 - 0000, USA |

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

Principal Information (https://www.facebook.com/VirginiaStateCorporationCommission)

(https://twitter.com/VAStateCorpComm)

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| PRES/SEC | Yes | SALWA LINJAWI | 2949 EDUCATION DRIVE, HERNDON, VA, 20171 - 0000, USA | 06/27/2019 |

Current Shares

Total Shares: 1000

Filing History    RA History    Name History    Previous Registrations

Garnishment Designees    Image Request

Back    Return to Search    Return to Results

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us

(https://www.scc.virginia.gov/clk/clk_contact.aspx)