# EXHIBIT 32

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

  * * * * * * * * * * * * * * *
TOSIN ADETORO, et al.           )
            Plaintiffs,         )  Civil Action
vs.                             )  No. 19-1918
                                )
KING ABDULLAH ACADEMY, et al.   )  October 16, 2019
            Defendants.         )  10:06 a.m.
                                )  Washington, D.C.
                                )
  * * * * * * * * * * * * * * *
```

## TRANSCRIPT OF MOTION HEARING
### BEFORE THE HONORABLE TREVOR N. McFADDEN,
### UNITED STATES DISTRICT COURT JUDGE

**APPEARANCES:**

FOR PLAINTIFFS:      FRANCISCO MUNDACA
                     4830 31st Street South, Suite A
                     Arlington, VA 22206
                     202-499-8527

                     PHILLIS H. RAMBSY
                     315 Deaderick St., Suite 1550
                     Nashville, TN 37238
                     (615) 669-6944
                     Email: Prambsy@spigglelaw.com

FOR DEFENSE:         EVAN MICHAEL LISULL
                     888 17th St, NW, Suite 1000
                     Washington, DC 20006
                     (202) 223-5600
                     Email: Elisull@kalbianhagerty.com

                     HAIG VAHAN KALBIAN
                     888 17th Street, NW, 10th Floor
                     Washington, DC 20006
                     (202) 223-5600
                     Email: Hkalbian@kalbianhagerty.com

Court Reporter:      Elizabeth Saint-Loth, RPR, FCRR
                     Official Court Reporter

          Proceedings reported by machine shorthand,
     transcript produced by computer-aided transcription.

```
1    This is -- this is a national origin case.
2                THE COURT:  All right.  Okay.  Thank you, sir.
3                MR. LISULL:  Thank you, Your Honor.
4                THE COURT:  Plaintiffs.
5                MR. MUNDACA:  Good morning, Your Honor.
6                THE COURT:  Good morning, Mr. Mundaca.
7                All right.  Shall we start with Count I?
8                MR. MUNDACA:  Yes, Your Honor.
9                THE COURT:  So am I right in thinking that none of
10   the former employees, your clients, worked in D.C. at the
11   time they were employed by the academy?
12               MR. MUNDACA:  Your Honor, I believe that the
13   actions itself occurred in D.C. with regard to --
14               THE COURT:  I'm sorry.  You agree with me that
15   none of them worked in D.C.?
16               MR. MUNDACA:  Yes.  That's my understanding.
17               THE COURT:  So what are the actions then that
18   occurred in D.C.?
19               MR. MUNDACA:  Well, the embassy is located in the
20   District of Columbia.  And it is our understanding that the
21   directives that originated in the embassy and were funneled
22   to KAA, were originated in D.C., thus giving the Court
23   jurisdiction over this action.  And the D.C. --
24               THE COURT:  What were the directives?
25               MR. MUNDACA:  Specifically -- generally speaking,
```

42

1  MR. MUNDACA: Thank you, Your Honor.

2  THE COURT: Okay. Thanks, folks.

3  (Whereupon, the proceeding concludes, 11:07 p.m.)

4  * * * * *

## CERTIFICATE

7  I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby

8  certify that the foregoing constitutes a true and accurate

9  transcript of my stenographic notes, and is a full, true,

10 and complete transcript of the proceedings to the best of my

11 ability.

13 Dated this 15th day of November, 2019.

14
15 /s/ Elizabeth Saint-Loth, RPR, FCRR
   Official Court Reporter