# EXHIBIT 33

```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

 * * * * * * * * * * * * * * *
TOSIN ADETORO, et al.          )
           Plaintiffs,         ) Civil Action
vs.                            ) No. 19-1918
                               )
KING ABDULLAH ACADEMY, et al.  ) October 16, 2019
           Defendants.         ) 10:06 a.m.
                               ) Washington, D.C.
                               )
 * * * * * * * * * * * * * * *
```

**TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE TREVOR N. McFADDEN,
UNITED STATES DISTRICT COURT JUDGE**

**APPEARANCES:**

FOR PLAINTIFFS:     FRANCISCO MUNDACA
                    4830 31st Street South, Suite A
                    Arlington, VA 22206
                    202-499-8527

                    PHILLIS H. RAMBSY
                    315 Deaderick St., Suite 1550
                    Nashville, TN 37238
                    (615) 669-6944
                    Email: Prambsy@spigglelaw.com

FOR DEFENSE:        EVAN MICHAEL LISULL
                    888 17th St, NW, Suite 1000
                    Washington, DC 20006
                    (202) 223-5600
                    Email: Elisull@kalbianhagerty.com

                    HAIG VAHAN KALBIAN
                    888 17th Street, NW, 10th Floor
                    Washington, DC 20006
                    (202) 223-5600
                    Email: Hkalbian@kalbianhagerty.com

Court Reporter:     Elizabeth Saint-Loth, RPR, FCRR
                    Official Court Reporter

           Proceedings reported by machine shorthand,
      transcript produced by computer-aided transcription.

1 allow counsel to make -- defendant to make that motion again
2 at a later date. But it seems that the threshold here for
3 the plaintiffs are to sort of try the case and to act as if
4 this was a motion for summary judgment when, clearly, we do
5 not have any discovery outside of the own testimony of our
6 clients.
7 THE COURT: Right. But I mean -- I thought what
8 the defendants were pointing out was that your clients were
9 actually pretty well positioned within the school to,
10 presumably, be able to know whether the embassy was involved
11 and, if so, how it was involved. And yet there is pretty
12 scarce detail as to -- you know, I don't think you name
13 anybody from the embassy who was involved. You don't say
14 there was a phone call or that there is -- you know, under
15 *Iqbal* threadbare assertions are not enough. Where do you go
16 beyond threadbare assertions in saying that the embassy had
17 anything to do with this?
18 MR. MUNDACA: Well, I think, Your Honor, outside
19 of the fact that this is more than one plaintiff, these are
20 several individuals at various positions at this academy
21 that all saw similar treatment or discrimination towards
22 non-Saudis. I think that -- you know, taking a step back,
23 if this was one plaintiff coming in making these
24 allegations, then I wholeheartedly agree that this would be
25 very scarce. However, when you take eight separate

42

1           MR. MUNDACA:  Thank you, Your Honor.

2           THE COURT:  Okay.  Thanks, folks.

3           (Whereupon, the proceeding concludes, 11:07 p.m.)

4                       * * * *

5                     **CERTIFICATE**

6

7           I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby

8 certify that the foregoing constitutes a true and accurate

9 transcript of my stenographic notes, and is a full, true,

10 and complete transcript of the proceedings to the best of my

11 ability.

12

13     Dated this 15th day of November, 2019.

14

15     /s/ Elizabeth Saint-Loth, RPR, FCRR
        Official Court Reporter